UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christian Cordero,

        Plaintiff,

—v—

United States of America,

        Defendant.

19-cv-1320 (AJN)

ORDER

JAN 1 0 2020

ALISON J. NATHAN, District Judge:

In a Memo Endorsement dated December 20, 2019, the Court granted an extension of the deadline to complete fact discovery to May 15, 2020 and ordered the parties to submit a proposed amended case management plan by January 3, 2020. As of the date of this Order, the Court is not in receipt of the parties' proposed amended case management plan. Accordingly, they shall submit a proposed amended case management plan by January 17, 2020.

SO ORDERED.

Dated: January 9, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1