

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 11, 2021

**By ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Cordero v. United States,* 19 CV 1320 (SLC)

Dear Judge Cave:

      This Office represents the United States in this negligence action brought pursuant to the Federal Tort Claims Act. The case is assigned to Your Honor for all purposes. On February 10, 2021, the Court held a telephonic conference concerning the Government's motion to compel Plaintiff to execute certain medical release authorizations. *See* Dkt. No. 49. At the conclusion of the conference, the Court directed the parties to jointly submit to the Court the report of Plaintiff's medical expert and Plaintiff's deposition transcript. As discussed during the conference, because these documents contain medical information concerning Plaintiff, the parties respectfully request leave to submit these records under seal.

> The Motion at ECF No. 54 for the documents at ECF No. 55 and 56 to remain under seal as visible only to the parties and the Court is GRANTED.
>
> The Clerk of Court is directed to close ECF No. 54.
>
> SO ORDERED    2/12/2021
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York
    *Counsel for Defendant United States*
    *of America*

By:   /s/ *Brandon Cowart*
       BRANDON H. COWART
       Assistant United States Attorney
       Telephone: (212) 637-2693
       Email: brandon.cowart@usdoj.gov

Encl. (filed under seal)

cc:    Igor Grichanik (by ECF)
        *Counsel for Plaintiff*