UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN CORDERO,

            Plaintiff,

-v-                                 CIVIL ACTION NO.: 19 Civ. 1320 (SLC)

UNITED STATES OF AMERICA,              **ORDER**

            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court resolved telephonically a discovery dispute relating to the scope of questioning at Plaintiff's deposition, which began on December 11, 2019 and was continued today, July 20, 2021. The Court ordered that Defendant's counsel's questions as to Plaintiff's injuries should be as specific as possible and informed by the medical records recently obtained in discovery. The Court also reminded the parties that speaking objections are not proper. The Court's full ruling is reflected in the transcript of the call made by the deposition court reporter.

Dated:       New York, New York
                July 20, 2021

                                              SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**