UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN CORDERO,

                Plaintiff,

-v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 1320 (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Defendant's Letter-Motion (the "Motion" (ECF No. 66)) to compel Plaintiff to execute two medical releases (the "Medical Releases"), and Plaintiff's response to the Motion (ECF No. 67).

Having reviewed the parties' submissions and having heard the parties' arguments during the discovery conference held today, July 29, 2021, the Court GRANTS the Motion and ORDERS Plaintiff to provide to Defendant the executed Medical Releases by **August 2, 2021**.

By **August 9, 2021**, the parties shall file a joint letter certifying the close of discovery. The parties are referred to the Court's Pretrial Procedures for Consent Cases outlined in the Court's Individual Practices.

The Clerk of Court is respectfully directed to closed ECF No. 66.

Dated:     New York, New York
            July 29, 2021

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**