UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN CORDERO,

              Plaintiff,

-v-

UNITED STATES OF AMERICA,

              Defendant.

CIVIL ACTION NO.: 19 Civ. 1320 (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having been advised by the parties that, except for outstanding responses to two document subpoenas, "all discovery has been completed" (ECF No. 70), the Court orders as follows:

1. By **August 24, 2021**, the parties shall file a joint letter advising whether either party intends to move for summary judgment and, if so, proposing a briefing schedule for the motion(s). The letter should also indicate whether the parties are interested in pursuing settlement at this time and, if so, whether they would like a referral to a different Magistrate Judge for a settlement conference. If the parties do not intend to move for summary judgment or pursue settlement, then the Court will set the pretrial schedule, including a deadline for the submission of a Joint Pretrial Order in accordance with the Court's Individual Practices.

Dated:     New York, New York
            August 10, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**