UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTIAN CORDERO,                                :

                Plaintiff,               :

     - against -                                  :

UNITED STATES OF AMERICA,            :

                Defendant.            :
------------------------------------------------------------------------X

**ORDER**

19-CV-1320 (SLC)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The parties have requested that the settlement conference scheduled for November 2, 2021, be adjourned to a date in December. The conference is hereby rescheduled to December 2, 2021, at 10:30 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than three days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form; **these submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

       Additionally, at least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       October 28, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE