UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN CORDERO,

           Plaintiff,

-v-

UNITED STATES OF AMERICA,

           Defendant.

CIVIL ACTION NO.: 19 Civ. 1320 (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having been advised that the parties' settlement efforts were unsuccessful, the Court orders as follows:

1. By **December 10, 2021**, the parties shall file a joint letter advising whether either party intends to move for summary judgment and, if so, proposing a briefing schedule for the motion(s).  If the parties do not intend to move for summary judgment, the Court will set the pretrial schedule, including a deadline for the submission of a Joint Pretrial Order in accordance with the Court's Individual Practices.

Dated:      New York, New York
             December 8, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**